AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **AMENDED CRIMINAL COMPLAINT** |
| v. | |
| **TIMOTHY MAURICE WOMBLE** <br> DOB: 2/18/63 <br> PDID: 609-727 | |
| | CASE NUMBER: |
| (Name and Address of Defendant) | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about **March 18, 2008**, in the  District of **COLUMBIA** defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance.**

in violation of Title     **21**     United States Code, Section(s)     **841(a)(1)**     .

I further state that I am     **OFFICER CHARLES E.  FULTZ**    , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes    ☐ No

_____
Signature of Complainant
**OFFICER CHARLES E.  FULTZ**
**MPD-NARCOTICS SPECIAL**
**INVESTIGATIONS DIVISION**

Sworn to before me and subscribed in my presence,

_____     at     **Washington, D.C.**
Date                                                              City and State

_____         _____
Name & Title of Judicial Officer                 Signature of Judicial Officer

**STATEMENT OF FACTS**

On March 18, 2008, officers of the Metropolitan Police Department executed a search warrant at 419 32nd Street, S.E., Apartment 1B, Washington, D.C. Defendant Timothy Womble answered the door at this residence. Officers secured the residence and a search of the residence revealed approximately 43 cellophane bags containing a white rock-like substance, approximately 435 small ziplocs containing a white rock-like substance, approximately $880 in United States currency, a digital scale with white powder residue, identification and mail matter in the name of the defendant, a plate with white residue and razor, pictures of the defendant, a vial containing a clear liquid with an order consistent with phencyclidine, a pack of Newport cigarettes, and an apartment lease in the name of the defendant. The white rock-like substance appeared to be crack cocaine. The defendant was placed under arrest. A portion of the white rock-like substance field tested positive for cocaine base. The approximate weight of the suspected crack cocaine was over 50 grams which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

_____
OFFICER CHARLES E. FULTZ
MPD-NARCOTICS SPECIAL INVESTIGATION DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_ DAY OF MARCH, 2008.

_____
U.S. MAGISTRATE JUDGE